```
                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF MISSOURI
                            EASTERN DIVISION


IN RE:                              )    CASE NO: 04-47982-399
                                    )
TAVARES G MAHON                     )
                                    )    CHAPTER 13
MARQUITA D MAHON                    )
                                    )
                    DEBTOR(S)       )


                LIST OF UNCLAIMED FUNDS AND ENTITIES
                   WHICH ARE ENTITLED TO PAYMENT
```

   COMES NOW JOHN V. LABARGE, JR., CHAPTER 13 TRUSTEE, AND PROVIDES LIST FOR FILING PURSUANT TO BANKRUPTCY RULE 3011. THE FOLLOWING IS A LIST OF ALL KNOWN NAMES AND ADDRESSES OF THE ENTITIES AND THE AMOUNTS WHICH THEY ARE ENTITLED TO BE PAID FROM REMAINING PROPERTY OF THE ESTATE THAT IS PAID HEREWITH INTO COURT PURSUANT TO 11 U.S.C. SECTION 347(A):


```
GREAT SENECA/PROVIDIAN/SEC/CC
702 KING FARM BLVD                  $              77.48
2 IRVINGTON CTR/WOLPOFF&ABRAMS
ROCKVILLE MD
339237              20850-5775



                                    /s/ John V. LaBarge, Jr.
                                    -----------------------------------
DATE: August 31, 2009               JOHN V. LABARGE, JR.,
                                    CHAPTER 13 TRUSTEE
                                    P.O. Box 430908
                                    St. Louis, MO 63143
XC -091                             (314) 781-8100   trust33@ch13stl.com
```